**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MACARIO FLORES,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **3:11-CV-3400-D** |
| | § | |
| **BANK OF AMERICA, et al.,** | § | |
| **Defendants.** | § | |

## <u>ORDER</u>

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct and are therefore adopted.

**SO ORDERED**.

February 17, 2012.


_____
SIDNEY A. FITZWATER
CHIEF JUDGE